UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION:  18 U.S.C. § 1031(a)(1) |
| | ) | (Major Fraud against the United States) |
| **BALFOUR BEATTY COMMUNITIES, LLC** | ) | |
| | ) | UNDER SEAL |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**GOVERNMENT'S MOTION
TO SEAL INFORMATION AND OTHER
DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF
THE FILING OF THIS MOTION TO SEAL AND RELATED MATTERS**

The United States, by and through its undersigned attorney, hereby respectfully submits this motion to seal the Information, plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters.  In support of this motion, the Government states as follows:

The Defendant in this case has agreed to enter a plea of guilty to an Information charging major fraud against the United States, in violation of 18 U.S.C. §1031(a)(1). The sealing is necessary because the fact of the Defendant's agreement to plead guilty is not yet public. In addition, the Defendant's agreement to resolve a related civil False Claims Act case with the Department of Justice, referenced in the plea agreement, is not yet public. Disclosure prior to the entry of the pea is not in the interest of the Defendant, the Government, or the public, at this time. The Government will move to unseal the Information, plea agreement, and related documents, at the plea hearing, which is scheduled for December 22, 2021.

WHEREFORE, it is respectfully requested that this motion be granted.

                    Respectfully submitted,

                    Joseph S. Beemsterboer
                    Illinois Bar #6280961
                    Acting Chief, Fraud Section
                    Criminal Division
                    United States Department of Justice

By:                    /s/Michael P. McCarthy
                    Michael P. McCarthy, D.C. Bar #1020231
                    Babasijibomi Moore
                    Trial Attorneys, Fraud Section, Criminal Division
                    U.S. Department of Justice
                    1400 New York Avenue, N.W.
                    Bond Building, Fourth Floor
                    Washington, D.C. 20530
                     (202) 305-3995 (McCarthy)
                    Michael.McCarthy2@usdoj.gov
                    (202) 834-2793 (Moore)
                    Babasijibomi.Moore2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Motion was served by email upon counsel for the Defendant on December 21, 2021.

                                                    /s/Michael P. McCarthy
                                                    Michael P. McCarthy