UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION:  18 U.S.C. § 1031(a)(1) |
| | ) | (Major Fraud against the United States) |
| BALFOUR BEATTY COMMUNITIES, LLC | ) | |
| | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Based on the representations in the Government's motion to seal the Information and other documents and to delay entry on the public docket of the filing of this motion to seal and related matters, this Court finds as follows.

<u>FINDINGS OF FACT</u>

Pursuant to the plea agreement in this case, the Defendant has agreed to cooperate with the United States in criminal investigations.

Based on the representations in the Government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's Motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this _____ day of _____, 2021 hereby

ORDERED that this Order, and the attached Government motion to seal the Information and other documents and to delay entry on the public docket of the filing of this motion to seal and

related matters shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Information, the plea agreement, the transcript of the plea hearing, or the Government's motion to seal, and this Order granting the motion, and other pleadings filed under seal in this case until further order of this Court.

It is further ORDERED that notwithstanding the other provisions of this ORDER, the Government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the Government, and there may be a limited lifting of this sealing order to allow the Government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, or to comply with its discovery, *Giglio* and *Brady* obligations in any pending criminal case in which the Defendant herein may be called as a witness.

It is further ORDERED, that the Government notify the Court as soon as the need for sealing no longer exists.

                                                EMMET G. SULLIVAN
United States District Court Judge
For the District of Columbia