UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO. 21-CR-742 (EGS)** |
| ) | |
| **v.** ) | **VIOLATION:  18 U.S.C. § 1031(a)(1)** |
| ) | **(Major Fraud against the United States)** |
| **BALFOUR BEATTY COMMUNITIES,** ) | |
| **LLC** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND PROBATIONARY TERM

**WHEREAS,** pursuant to a plea agreement with the Government (ECF No. 5), the Defendant pleaded guilty to the above charge on December 22, 2021;

**WHEREAS**, the Court at sentencing imposed a three-year term of probation that, pursuant to 18 U.S.C. § 3564(a), is currently set to expire on December 22, 2024;

**WHEREAS,** pursuant to paragraph 7(h) of the plea agreement, Defendant was required to retain an Independent Compliance Monitor for a term of three years to assess the implementation and testing of the Defendant's compliance program and internal controls, among other things;

**WHEREAS,** following selection of the Independent Compliance Monitor by the Fraud Section, the Independent Compliance Monitor was retained on September 7, 2022, resulting in an initial monitorship termination date of September 7, 2025;

**WHEREAS,** the Fraud Section and the Defendant agree to extend the termination date for the period of probation to June 6, 2026 to encompass the initial term of the Independent Compliance Monitor, as well as any additional time needed to complete implementation and testing of the Defendant's compliance program and internal controls; **WHEREAS,** 18 U.S.C. § 3583(e)(2) provides in pertinent part that the Court can "extend a term of supervised release if less than the maximum authorized term was previously imposed, and may modify, reduce, or enlarge

1

the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision;"

**WHEREAS**, the maximum term of supervised release applicable to the Defendant is five years;

**WHEREAS**, pursuant to Federal Rule of Criminal Procedure 32.1(c), the Defendant waives a hearing on this modification of the Defendant's term of probation to June 6, 2026.

**IT IS** on this 23rd day of December, 2024,

**ORDERED** that the Defendant's term of probation is extended to June 6, 2026.

_____
Hon. Emmet G. Sullivan
United States District Court Judge

**SUBMITTED BY:**

**FOR BALFOUR BEATTY COMMUNITIES, LLC:**

Date: _____          By: _____
                                   Christopher Williams
                                   President and Class A Manager
                                   Balfour Beatty Communities, LLC

Date: _____          By: _____
                                   David Bitkower
                                   Jenner & Block LLP
                                   Outside counsel for Balfour Beatty
                                   Communities, LLC

**FOR THE DEPARTMENT OF JUSTICE:**

                                   GLENN S. LEON
                                   Chief, Fraud Section
                                   Criminal Division
                                   U.S. Department of Justice


                                   _____
                                   Babasijibomi Moore
                                   Trial Attorney